UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

GAYLEN WILLIAMS, et al,

    Plaintiffs,

v.                                    No. 3:15-cv-01130-DRH-RJD

PETERSEN TRUCKIN LLC, et al,

    Defendants.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendants.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 38), entered on October 27, 2016, this case is **DISMISSED** with prejudice.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY: /s/Alex Francis
                              Deputy Clerk

Dated:   October 28, 2016

Judge Herndon
2016.10.28
04:42:34 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT